822

No. 146. Texas State Life Insurance Co. et al. *v.* Houghton. C. A. 5th Cir. Certiorari denied. *O. M. Street* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Liftin* for respondent.

No. 148. Thompson, Trustee, et al. *v.* Spearmon et al. C. A. 8th Cir. Certiorari denied. *Leffel Gentry, Frank L. Mulholland, Clarence M. Mulholland, Willard H. McEwen* and *E. L. McHaney* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for respondents.

No. 149. Titus et al. *v.* Spitzer-Rorick Trust & Savings Bank et al. C. A. 6th Cir. Certiorari denied. *Robert J. Pleus* for petitioners. *Robert C. Dunn* for respondents.

No. 154. New Amsterdam Casualty Co. *v.* Soileau, Tutrix. C. A. 5th Cir. Certiorari denied. *Joseph A. Loret* and *Thomas W. Leigh* for petitioner.

No. 157. Winston *v.* County of Cook et al. Supreme Court of Illinois. Certiorari denied. *Weightstill Woods* for petitioner. *Jacob Shamberg* for respondents.

No. 158. Matthews et al. *v.* Woody et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frederick DeJoseph* for petitioners. *J. Nelson Anderson* for respondents.